## CHICAGO, R. I. & P. RY. CO. v. PHELPS, *Judge*.

### No. 153.  Opinion Filed March 21, 1911.

#### (114 Pac. 695.)

JUSTICES OF THE PEACE—Right of Appeal. Syllabus same as St. L. & S. F. R. R. Co. v. Couch, Justice of the Peace (handed down this term) ante, 114 Pac. 694.

Turner; C. J., and Williams J., dissenting.

(Syllabus by the Court.)

*Error from District Court, Caddo County; C. F. Irwin, Judge.*

Action between the Chicago, Rock Island & Pacific Railway Company and G. B. Phelps, Judge. From the judgment, the railway company brings error. Reversed and remanded, with directions.

*C. O. Blake, H. B. Low, A. T. Boys,* and *Dale & Bierer,* for plaintiff in error.

KANE, J. Upon the question of the right of appeal, this case is identical with *St. L. & S. F. R. R. Co. v. A. H. Couch, Justice of the Peace of Dicks Township, Woods County, Okla. T.* (handed down this term), *ante,* 114 Pac. 694.  On the authority

of that case, this must be reversed and remanded with directions to proceed in accordance with the opinion in that case. It appears from the record, however, that an attorney's fee was taxed as part of the costs in this case. If under the authority of *C., R. I. & P. Ry. Co. v. Mashore*, 21 Okla. 275, 96 Pac. 630, the same was improperly taxed, that question may be properly raised by a motion to retax the costs.

DUNN and HAYES, JJ., concur; TURNER. C· J., and WILLIAMS, J., dissent.